THE RADBURN ASSOCIATION, INC. v. WARREN S. DEVRIES.

January 24, 1989.

Cross-petition for certification denied.

JOHN A. DA CRUZ v. ANDREW SANTORA.

January 24, 1989.

Petition for certification denied.

FLORANCE CORCORAN, ETC. v. CONTINENTAL CASUALTY
COMPANY, ET AL.

January 24, 1989.

Petition for certification denied.

FLORANCE CORCORAN, ETC. v. CONTINENTAL CASUALTY
COMPANY, ET AL.

January 24, 1989.

Cross-petition for certification denied.